UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WIENS,

      Plaintiff,

      v.

UNITED STATES OF AMERICA,

      Defendant.

No.  2:25-cv-3692 DJC AC PS

ORDER

Plaintiff is proceeding in this action in pro se, and the case was accordingly referred to the undersigned for pretrial purposes by E.D. Cal. R. ("Local Rule") 302(c)(21).  On May 7, 2026, defendant filed a motion to dismiss set to be heard on June 17, 2026.  ECF No. 12.  Pursuant to Local Rule 230(c), plaintiff was required to file an opposition or notice of non-opposition within 14 days of the motion being filed.  To date, plaintiff did not file an opposition or statement of non-opposition.  Defendant has also confirmed that it has not received an opposition.  ECF No. 13 at 1.

Good cause appearing, IT IS HEREBY ORDERED that the hearing date of June 17, 2026 is VACATED to be re-set as necessary.  Plaintiff shall file his opposition to defendant's motion to dismiss within 14 days of this order.  Failure to do so may prompt the undersigned to order

////

////

1

defendant to show cause as to why it should not recommend that this case be dismissed for failure to prosecute pursuant to Local Rule 110.

      IT IS SO ORDERED.

DATED: June 8, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2