UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WIENS,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 2:25-cv-3692 DJC AC (PS)<br><br>ORDER |

Plaintiff is proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 25, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections were to be filed within twenty-one days. ECF No. 23. Plaintiff has filed objections to the findings and recommendations. ECF No. 26. These objections, however, concede that this action should be dismissed with leave to amend as the Magistrate Judge recommended. ECF No. 26 at 2, 5. Plaintiff instead sought to clarify the nature of his claim and to confirm from when the 30-day period to amend his complaint begins. *See id.* at 3. The Court now clarifies that this period shall run from the filing of this order, not from the filing of the Magistrate Judge's findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 25, 2026, are adopted in full;

2. The motion to dismiss (ECF No. 12) is GRANTED WITH LEAVE TO AMEND;

3. Plaintiff shall have 30 days from the date of this order to file an amended complaint that includes a brief statement of facts underlying his claim; and

4. This matter is referred back to the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated: **September 25, 2026**

Daniel J. Calabretta
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE